UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES FOOD AND DRUG ) <br> ADMINISTRATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 12-cv-1105-ABJ |

**JOINT MOTION FOR ORDER**
**EXTENDING TIME FOR FILING OF SUPPLEMENTAL BRIEFS**

Plaintiffs and Defendants, by and through their undersigned counsel, respectfully move this Court to extend the deadline for filing supplemental briefs by sixty (60) days.  In support thereof, the parties state as follows:

By Order dated March 10, 2014, the Court directed that the parties file supplemental briefs by April 4, 2014.

The parties currently are engaged in active settlement discussions.  To give the parties an opportunity to determine whether those discussions can resolve this case, the parties seek a sixty-day extension of the deadline for submission of the supplemental briefs, to and including June 3, 2014.

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadline for submission of supplemental briefs to and including June 3, 2014.

| SEEN AND AGREED: | SEEN AND AGREED: |
|---|---|
| /s/ Richard M. Cooper <br> Richard M. Cooper, DC Bar # 92817 <br> Holly M. Conley, DC Bar # 488980 <br> WILLIAMS & CONNOLLY LLP | /s/ Gerald Cooper Kell <br> Gerald Cooper Kell <br> U.S. DEPARTMENT OF JUSTICE <br> Consumer Protection Branch |

725 Twelfth Street NW
Washington, D.C. 20005
Phone:  (202) 434-5466; rcooper@wc.com
Phone:  (202) 434-5696; hconley@wc.com
FAX:    (202) 434-5029

Civil Division
P.O. Box 386
Washington, D.C. 20044
Phone:  (202) 514-1586
gerald.kell@usdoj.gov
FAX:    (202) 514-8742

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
K-V PHARMACEUTICAL COMPANY, *et al.*,  )
                                       )
    Plaintiffs,                        )
                    v.                 )
                                       )
UNITED STATES FOOD AND DRUG            )   Case No. 12-cv-1105-ABJ
ADMINISTRATION, *et al.*,              )
                                       )
    Defendants.                       )
_____)

# [PROPOSED] ORDER EXTENDING THE DEADLINE FOR SUBMISSION OF SUPPLEMENTAL BRIEFS

    WHEREAS the parties have stipulated to a sixty (60) day extension of time for submission of supplemental briefs;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for submission of supplemental briefs shall be extended until June 3, 2014.

    SO ORDERED:

Dated: March ___, 2014


                                                  _____
                                                  AMY BERMAN JACKSON
                                                  United States District Court Judge