UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES FOOD AND DRUG )<br>ADMINISTRATION, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 12-cv-1105-ABJ |

**JOINT MOTION FOR ORDER**
**FURTHER EXTENDING TIME FOR FILING OF SUPPLEMENTAL BRIEFS**

Plaintiffs and Defendants, by and through their undersigned counsel, respectfully move this Court to extend the deadline for filing supplemental briefs by an additional thirty (30) days. In support thereof, the parties state as follows:

By Order dated March 10, 2014, the Court directed that the parties file supplemental briefs by April 4, 2014. In response to the parties' Joint Motion for Order Extending Time for Filing of Supplemental Briefs (Doc. 29, filed Mar. 25, 2014), the Court, by minute order dated March 26, 2014, extended the time for filing the supplemental briefs until June 3, 2014.

The parties have been, and currently are, engaged in active settlement discussions. To give the parties an opportunity to determine whether those discussions can resolve this case, the parties seek a thirty-day extension of the deadline for submission of the supplemental briefs, to and including July 3, 2014.

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadline for submission of supplemental briefs to and including July 3, 2014.

SEEN AND AGREED:                                                                 SEEN AND AGREED:

<table>
<tr><td>

_____/s/_____
Richard M. Cooper, DC Bar # 92817
Holly M. Conley, DC Bar # 488980
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, D.C. 20005
Phone:  (202) 434-5466; rcooper@wc.com
Phone:  (202) 434-5696; hconley@wc.com
FAX:    (202) 434-5029

</td><td>

_____/s/_____
Gerald Cooper Kell
U.S. DEPARTMENT OF JUSTICE
Consumer Protection Branch
Civil Division
P.O. Box 386
Washington, DC 20044
Phone:  (202) 514-1586
gerald.kell@usdoj.gov
FAX:    (202) 514-8742

</td></tr>
</table>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES FOOD AND DRUG )<br>ADMINISTRATION, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 12-cv-1105-ABJ |

### **[PROPOSED] ORDER EXTENDING THE DEADLINE FOR SUBMISSION OF SUPPLEMENTAL BRIEFS**

WHEREAS the parties have stipulated to a further thirty (30) day extension of time for submission of supplemental briefs;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for submission of supplemental briefs shall be extended until July 3, 2014.

SO ORDERED:

Dated: May ___, 2014

_____
AMY BERMAN JACKSON
United States District Court Judge