UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY, *et al.*, )<br>)<br>    Plaintiffs, )<br>           v. )<br>)<br>UNITED STATES FOOD AND DRUG )<br>ADMINISTRATION, *et al.*, )<br>)<br>    Defendants. )<br>) | Case No. 12-cv-1105-ABJ |

### JOINT MOTION FOR ORDER
### EXTENDING TIME FOR FILING OF SUPPLEMENTAL BRIEFS

Plaintiffs and Defendants, by and through their undersigned counsel, respectfully move this Court to extend the deadline for filing supplemental briefs by an additional 14 days. In support thereof, the parties state as follows:

By Order dated March 10, 2014, the Court directed that the parties file supplemental briefs by April 4, 2014. In response to the parties' Joint Motion for Order Extending Time for Filing of Supplemental Briefs, the Court, by minute order dated March 26, 2014, extended the time for filing the supplemental briefs until June 3, 2014. Thereafter, the parties requested another extension to July 3, 2014, and that extension was granted by minute order dated May 29, 2014.

Each of the previous extensions was sought and granted because the parties were engaged in active settlement discussions. Those discussions have continued, and the parties have reached agreement in principle to resolve this litigation. An additional extension is necessary, however, to allow to parties to finalize that resolution.

WHEREFORE, the parties respectfully request that the Court enter an order extending the deadline for submission of supplemental briefs to and including July 17, 2014.

| SEEN AND AGREED: | SEEN AND AGREED: |
|---|---|
| /s/ | /s/ |
| Richard M. Cooper, DC Bar # 92817 | Gerald Cooper Kell |
| Holly M. Conley, DC Bar # 488980 | U.S. DEPARTMENT OF JUSTICE |
| WILLIAMS & CONNOLLY LLP | Consumer Protection Branch |
| 725 Twelfth Street NW | Civil Division |
| Washington, D.C. 20005 | P.O. Box 386 |
| Phone: (202) 434-5466; rcooper@wc.com | Washington, DC 20044 |
| Phone: (202) 434-5696; hconley@wc.com | Phone: (202) 514-1586 |
| FAX: (202) 434-5029 | gerald.kell@usdoj.gov |
| | FAX: (202) 514-8742 |