UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| K-V PHARMACEUTICAL COMPANY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES FOOD AND DRUG ) <br> ADMINISTRATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 12-cv-1105-ABJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of Plaintiffs K-V Pharmaceutical Company and Ther-Rx Corporation herein against defendants United States Food and Drug Administration, United States Department of Health and Human Services, Margaret A. Hamburg, and Sylvia Burwell be dismissed in their entirety with prejudice, each party to bear its own costs.

| SEEN AND AGREED: | SEEN AND AGREED: |
|---|---|
| /s/_____ <br> Richard M. Cooper, DC Bar # 92817 <br> Holly M. Conley, DC Bar # 488980 <br> WILLIAMS & CONNOLLY LLP <br> 725 Twelfth Street NW <br> Washington, D.C. 20005 <br> Phone: (202) 434-5466; rcooper@wc.com <br> Phone: (202) 434-5696; hconley@wc.com <br> FAX:    (202) 434-5029 | /s/_____ <br> Gerald Cooper Kell <br> U.S. DEPARTMENT OF JUSTICE <br> Consumer Protection Branch <br> Civil Division <br> P.O. Box 386 <br> Washington, D.C. 20044 <br> Phone: (202) 514-1586 <br> gerald.kell@usdoj.gov <br> FAX:    (202) 514-8742 |

## **CERTIFICATE OF SERVICE**

      I certify that on July 3, 2014, I electronically filed the foregoing Joint Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter:

Gerald Cooper Kell
U.S. Department of Justice
Office of Consumer Litigation
550 11th Street, N.W.
P.O. Box 386
Washington, DC 20044
(202) 514-1586
Fax: (202) 514-8742
Email: gerald.kell@usdoj.gov

Counsel for Defendants

Douglas Hallward-Driemeier
Ropes & Gray LLP
One Metro Center – 700 12th Street
Washington, DC 20005
Phone:  202-508-4600
Peter.Brody@ropesgray.com
Douglas.Hallwood-Driemeier@ropesgray.com

Counsel for Amici Curiae Alere Women's and Children's Health, LLC
and Interested Physicians

                                                                  /s/ Richard M. Cooper
                                                                     Richard M. Cooper